# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE, et al., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cv-00449-RCJ-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| LEWIS HESS, ) | |
| ) | |
| Defendant(s). ) | |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 12. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See id.* at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.[1]

//

---

[1] In addition to misstating Local Rule 26-4, the parties also failed to comply with the deadline established by the Local Rules for filing the discovery plan. *See* Docket No. 11.

1  In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[2] to file a certification with the Court no later than August 19, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: August 12, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] This includes: G. Mark Albright, William H. Stoddard, David M. Woolfe, W. Randolph Patton, and Dee J. Golightly.