DEE J. GOLIGHTLY, ESQ.
Nevada Bar No.: 10597
W. RANDOLPH PATTON, ESQ.
Nevada Bar No.: 000365
**PATTON & KIRALY, P.C.**
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
(702) 870-6790  - *Phone*
(702) 870-7490  - *Facsimile*
rpatton@pattonkiraly.com

*Attorney for Defendant*
*LEWIS HESS*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LEE, an individual; and JANICE LEE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LEWIS HESS, an individual<br><br>Defendants. | Civil Action No.:   2:14-cv-00449-RCJ-NJK |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Whereas the parties have settled to their satisfaction,

\

1   IT IS HEREBY STIPULATED AND AGREED by and through their respective
2   counsel that the above-entitled matter be dismissed with prejudice, both sides to bear
3   their own costs and fees,
4   
5   IT IS FURTHER STIPULATED AND AGREED that this matter has not been
6   assigned to a trial stack.

**PATTON & KIRALY, P.C.**

DATED: _____   By: _____
W. RANDOLPH PATTON, ESQ.
Nevada Bar No.: 000365
DEE J. GOLIGHTLY, ESQ.
Nevada Bar No.: 10597
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
dgolightly@pattonkiraly.com
*Attorney for Defendant LEWIS HESS*

**LAW OFFICES OF DAVID WOOLFE**

DATED: March 5, 2015   By: _____
David M. Woolfe, Esq.
California Bar No. 194318
1200 Ribbon Street
Foster City, CA 94404
*Attorney for Plaintiffs*
*WILLIAM LEE and JANICE LEE*

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

DATED: _____   By: _____
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
gma@albrightstoddard.com
*Attorney for Plaintiffs*
*WILLIAM LEE and JANICE LEE*

1  IT IS HEREBY STIPULATED AND AGREED by and through their respective counsel that the above-entitled matter be dismissed with prejudice, both sides to bear their own costs and fees,

IT IS FURTHER STIPULATED AND AGREED that this matter has not been assigned to a trial stack.

PATTON & KIRALY, P.C.

DATED: May 13, 2015   By: _____
W. RANDOLPH PATTON, ESQ.
Nevada Bar No.: 000365
DEE J. GOLIGHTLY, ESQ.
Nevada Bar No.: 10597
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
dgolightly@pattonkiraly.com
*Attorney for Defendant LEWIS HESS*

LAW OFFICES OF DAVID WOOLFE

DATED: _____   By: _____
David M. Woolfe, Esq.
California Bar No. 194318
1200 Ribbon Street
Foster City, CA 94404
*Attorney for Plaintiffs*
*WILLIAM LEE and JANICE LEE*

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

DATED: _____   By: _____
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
gma@albrightstoddard.com
*Attorney for Plaintiffs*
*WILLIAM LEE and JANICE LEE*

## ORDER

WHEREAS the parties have settled to their satisfaction, and it appearing to the satisfaction of the Court that the parties hereto have stipulated by and through their respective counsel that the above-entitled matter be dismissed with prejudice, both sides to bear their own costs and fees,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice, each side to bear their own costs and fees incurred herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the this matter has not been assigned to a trial stack.

DATED this 14th day of May, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**PATTON & KIRALY, P.C.**

By: _____
W. RANDOLPH PATTON, ESQ.
Nevada Bar No.: 000365
DEE J. GOLIGHTLY, ESQ.
Nevada Bar No.: 10597
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
dgolightly@pattonkiraly.com
*Attorney for Defendant LEWIS HESS*